UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZHENTAO HOU, et al., | Case No. 21-cv-03777-SBA |
|---|---|
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| US DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court. All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED**.

Dated: June 10, 2021

*Saundra B Armstrong*
Saundra Brown Armstrong
U.S. Senior District Judge